**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Debbie Pittman

                Plaintiff,

v.

                Case No.: 1:26–cv–03931
                Honorable LaShonda A. Hunt

Alp–N–Rock, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to Judge LaShonda A. Hunt. All attorneys and self–represented ("pro se") parties are required to review the case procedures posted on the Court's webpage, including the requirements to set motions for in–person presentment on at least 3 business days' notice and propose an agreed briefing schedule for opposed motions. Filings that do not comply with the Local Rules or Judge Hunt's case procedures may be summarily stricken. An initial joint status report (using the template for new cases posted on the Court's webpage) is due by 5/19/26. Further case management dates will be set as appropriate. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.